CATHERINE CORTEZ MASTO
Attorney General
DENISE S. MCKAY
Deputy Attorney General
Nevada State Bar No. 10507
Office of the Attorney General
555 East Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
P: (702) 486-3267
F: (702) 486-3773
dmckay@ag.nv.gov
Attorneys for Defendant Anthony Mikulski

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY RAY COOK, #18482 | CASE NO. 2:12-cv-00862-PMP-CWH |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| MAKULSKI, et.al., | |
| Defendant(s). | |

Plaintiff, Johnny Cook, *Pro Se*, and Defendant, Anthony Mikulski (incorrectly named as "Makulski"), by and through their counsel, Nevada Attorney General Catherine Cortez Masto, and Deputy Attorney General Denise S. McKay, hereby agree as follows:

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

-1-

1. The above-entitled action shall be dismissed *with* prejudice; and
2. The parties shall bear their own attorney fees and costs.

Dated this 20th day of April, 2013.                    Dated this 30th day of April, 2013.

Johnny Cook, *Pro Se*

                                                CATHERINE CORTEZ MASTO
                                                Attorney General

By: /s/ Johnny Cook
Johnny Cook, #18482
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

By: /s/ Denise S. McKay
DENISE S. McKAY
Deputy Attorney General
Bureau of Litigation
555 E. Washington Ave., #3900
Las Vegas, NV 89101
Attorneys for Defendant

IT IS SO ORDERED.

**ORDER**

/s/ Philip M. Pro
UNITED STATES DISTRICT JUDGE

DATED: April 30, 2013.